UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARGARITO RODRIGUEZ, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br><br>                    Plaintiff,<br>          v.<br><br>MINOS DINER, INC.<br>          d/b/a WOODROW DINER,<br>ANNADALE TERRACE CORP.<br>          d/b/a ANNADALE TERRACE,<br>813 ANNADALE CORP.<br>          d/b/a PRIVE,<br>MAGDY KHEIR and<br>STAVROS BAKOUSSIS,<br><br>                    Defendants. | Case No.: 22-cv-00998<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that the claims of Plaintiff, MARGARITO RODRIGUEZ, on behalf of himself, FLSA Collective Plaintiffs, and the Class are hereby dismissed, without prejudice, in their entirety as against Defendants, MINOS DINER, INC. d/b/a WOODROW DINER, ANNADALE TERRACE CORP. d/b/a ANNADALE TERRACE, 813 ANNADALE CORP. d/b/a PRIVE, MAGDY KHEIR and STAVROS BAKOUSSIS, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: April 6, 2022
         New York, New York

                                                            For the Plaintiff:

                                                            By: */s/ C.K. Lee*
                                                                 C.K. Lee, Esq.
                                                                 Lee Litigation Group, PLLC
                                                                 148 West 24th Street, 8th Floor
                                                                 New York, NY 10011
                                                                 T: (212) 465-1188